COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

Dear Abel Acosta, Clerk,                    March 12, 2015
        (CCA).

RE: ARTHUR DAVID LOWE V. STATE OF TEXAS,
    WR-25,679-19; Cause No. 507052-C

    I'm writing concerning a Cashiers Check, mailed to
your office, over a month has passed. I've receive no inform-
ation, nor the Records requested, or whether your office received
the Cashiers Check? Please, provide me with any information you
can concerning this matter.

    I, truly appreciate your consideration. THANK You...
May GOD bless you, your Family and Friends.

                                    Sincerely
                                    Arthur Lowe
                                    ARTHUR LOWE #669750
                                    HUGHES UNIT.
                                    RT.2. BOX 4400
                                    GATESVILLE, TEXAS
                                            76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk